151 A.3d 980

CAPITAL HEALTH SYSTEM, INC., THE COMMUNITY HOSPITAL GROUP, INC., T/A JFK MEDICAL CENTER, KENNEDY HEALTH, OUR LADY OF LOURDES HEALTH CARE SERVICES, INC., ST. FRANCIS MEDICAL CENTER, INC., ST. LUKE'S WARREN HOSPITAL, INC., TRINITAS REGIONAL MEDICAL CENTER, AND VIRTUA HEALTH, INC., PLAINTIFFS, AND CENTRASTATE MEDICAL CENTER, HOLY NAME MEDICAL CENTER, INC., AND VALLEY HEALTH SYSTEM, PLAINTIFFS-PETITIONERS, v. NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE, DEFENDANT-RESPONDENT.

September 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001211-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.